**E-filed 5/31/05**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YAHOO! INC., a Delaware corporation,<br><br>                    Plaintiff,<br><br>   v.<br><br>XFIRE, INC., a Delaware corporation,<br><br>                  Defendant. | No.    C-05-0413 JF<br><br>**[PROPOSED] ORDER GRANTING YAHOO! INC.'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO SEAL EXHIBITS A & C TO THE DECLARATION OF WILLIAM CHOSLOVSKY**<br><br>Judge:    Hon. Jeremy Fogel |
| XFIRE, INC., a Delaware corporation,<br><br>                  Counterclaimant,<br><br>   v.<br><br>YAHOO! INC., a Delaware corporation, TERRY SEMEL, an individual,<br><br>                  Counter-Defendants. | |

[PROPOSED] ORDER GRANTING YAHOO!'S MOTION TO SEAL
CASE NO. C-05-0413 JF
sf-1937612

1   On May 17, 2005 Yahoo! Inc. filed a Miscellaneous Administrative Request to Seal Exhibits
2   A & C to the Declaration of William Choslovsky.
3   For good cause shown, the Court hereby GRANTS Yahoo! Inc.'s Miscellaneous
4   Administrative Request to Seal Exhibits A & C to the Declaration of William Choslovsky.  Upon
5   receipt of this Order, the clerk shall seal exhibits A and C to the declaration of William Choslovsky,
6   filed May 6, 2005, removing these exhibits from the public record.
7
8   **IT IS SO ORDERED.**
9
10  Dated: _5/31/05_____    /s/electronic signature authorized____
11                                      Honorable Jeremy Fogel
                                        United States District Court Judge

[PROPOSED] ORDER GRANTING YAHOO!'S MOTION TO SEAL
CASE NO. C-05-0413 JF
sf-1937612

1