| | |
|---|---|
| 1  J. DAVID HADDEN (CSB NO. 176148) | |
|    (dhadden@fenwick.com) | |
| 2  DARREN E. DONNELLY (CSB NO. 194335) | |
|    (ddonnelly@fenwick.com) | **E-filed 11/21/05** |
| 3  RYAN J. MARTON (CSB NO. 223979) | |
|    (rmarton@fenwick.com) | |
| 4  LAURIE CHARRINGTON (CSB NO. 229679) | |
|    (lcharrington@fenwick.com) | |
| 5  FENWICK & WEST LLP | |
|    Silicon Valley Center | |
| 6  801 California Street | |
|    Mountain View, CA  94041 | |
| 7  Telephone:   (650) 988-8500 | |
|    Facsimile:    (650) 938-5200 | |
| 8 | |
|    Attorneys for Defendant | |
| 9  XFIRE, INC. | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YAHOO! INC., a Delaware corporation, | Case No.  C 05 00413 JF (PVT) |
| Plaintiff, | STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER POSTPONING DATES TO ALLOW TIME FOR COMPLETING SETTLEMENT |
| v. | CIV. L.R. 7-12 |
| XFIRE, INC., a Delaware corporation, | |
| Defendant. | |

WHEREAS Plaintiff Yahoo! Inc. and Defendant Xfire, Inc. ("the Parties") believe they have reached agreement on key terms for settlement of this dispute; and

WHEREAS the Parties wish to work to reach a final settlement without consuming either their or the Court's resources on further litigation;

The Parties do STIPULATE as follows:

(1) The dates for remaining exchanges and filings contemplated under the Court's Patent Local Rules shall be postponed until either the Parties agree or the Court orders otherwise.

(2) The date of the hearing for Xfire's Motion for Summary Judgment of Non-Infringement (currently noticed for December 9, 2006) as well as dates for Yahoo!'s Opposition

STIPULATION                                                        CASE NO. C 05 00413 JF (PVT)

1  to the Motion and Xfire's Reply, shall be taken off calendar, with the motion to be re-noticed, if
2  at all, for a date on or after January 13, 2006.
3      It is so stipulated.

4  Dated: November 18, 2005             FENWICK & WEST LLP

By: s/DARREN E. DONNELLY
      Darren E. Donnelly

Attorneys for Defendant
XFIRE, INC.

9  Dated: November 18, 2005            MORRISON & FOERSTER LLP

By: D. Melaugh
      David E. Melaugh

Attorneys for Plaintiff
YAHOO! INC.

**PURSUANT TO STIPULATION IT IS SO ORDERED.**

Dated: November 21, 2005

/s/electronic signature authorized
───────────────────────────
Hon. Jeremy Fogel
United States District Court Judge

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW