**E-filed 2/14/06**

1  MICHAEL A. JACOBS (BAR NO. 111664)
   (mjacobs@mofo.com)
2  GREGORY P. DRESSER (BAR NO. 136532)
   DAVID E. MELAUGH (BAR NO. 219477)
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California 94105-2482
   Telephone:  (415) 268-7000
5  Facsimile:  (415) 268-7522

6  Attorneys for Plaintiff
   YAHOO! INC.
7

8

9            UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11                   SAN JOSE DIVISION

12  YAHOO! INC., a Delaware corporation,         No.      C-05-0413 JF

13                      Plaintiff,
                                                 **STIPULATION AND ORDER
14        v.                                     DISMISSING ACTION**

15  XFIRE, INC., a Delaware corporation,

16                      Defendant.

STIPULATION AND ORDER DISMISSING ACTION
CASE NO. C-05-0413 JF
sf-2078809

**STIPULATION**

The parties, through their respective undersigned counsel, and in accordance with and subject to the terms of the Settlement and License Agreement dated January 27, 2006, hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1) that this action shall be dismissed without prejudice and that each party is to bear its own costs and fees incurred in connection with this matter.

Dated:   February 10, 2006

MICHAEL A. JACOBS
GREGORY P. DRESSER
DAVID E. MELAUGH
MORRISON & FOERSTER LLP

By:  /s/ Michael A. Jacobs
         Michael A. Jacobs

Attorneys for Plaintiff YAHOO! INC.

Dated:   February 10, 2006

J. DAVID HADDEN
DARREN E. DONNELLY
RYAN J. MARTON
FENWICK & WEST LLP

By: _____
         J. David Hadden

Attorneys for Defendant XFIRE, INC.

**ORDER**

UPON STIPULATION of the parties, and good cause appearing therefore, it is hereby ORDERED, ADJUDGED and DECREED that this action be dismissed without prejudice, each party to bear it own fees and costs associated with said action.

**IT IS SO ORDERED.**

Dated:  2/14/06

_____
Honorable Jeremy Fogel
United States District Court Judge

STIPULATION AND ORDER DISMISSING ACTION
CASE NO. C-05-0413 JF
sf-2078809

1

## STIPULATION

The parties, through their respective undersigned counsel, and in accordance with and subject to the terms of the Settlement and License Agreement dated January 27, 2006, hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1) that this action shall be dismissed without prejudice and that each party is to bear its own costs and fees incurred in connection with this matter.

Dated:    February 10, 2006

MICHAEL A. JACOBS
GREGORY P. DRESSER
DAVID E. MELAUGH
MORRISON & FOERSTER LLP

By: /s/ Michael A. Jacobs
     Michael A. Jacobs

Attorneys for Plaintiff YAHOO! INC.

Dated:    February 10, 2006

J. DAVID HADDEN
DARREN E. DONNELLY
RYAN J. MARTON
FENWICK & WEST LLP

By: _____
     J. David Hadden

Attorneys for Defendant XFIRE, INC.

## ORDER

UPON STIPULATION of the parties, and good cause appearing therefore, it is hereby ORDERED, ADJUDGED and DECREED that this action be dismissed without prejudice, each party to bear it own fees and costs associated with said action.

**IT IS SO ORDERED.**

Dated: _____

_____
Honorable Jeremy Fogel
United States District Court Judge

STIPULATION AND ORDER DISMISSING ACTION
CASE NO. C-05-0413 JF
sf-2078809

1